UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| PETER GARCIA,<br>    Plaintiff | )<br>)<br>) |
| v. | )   CIVIL NO. 1:18-cv-00019-NT<br>) |
| MAINEGENERAL HEALTH,<br>    Defendant | )<br>)<br>) |

### JUDGMENT OF DISMISSAL

In accordance with the Order on Defendant's Motion to Compel Arbitration, issued on November 20, 2018, by U.S. Chief District Judge Nancy Torresen, JUDGMENT OF DISMISSAL is hereby entered.

                                                  Christa K. Berry
                                                Clerk of Court

                                                By: /s/ Stacey Graf
                                                    Stacey Graf
                                                    Deputy Clerk

Dated: November 20, 2018